```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
RAMON ESPINOSA and MAXIN SANTANA, :
on behalf of themselves and on behalf of others :   Case No.: 12 Civ 0302 (DF)
similarly situated, :
:
                Plaintiffs, :
:
  against :   **STIPULATION AND ORDER OF**
:   **DISMISSAL WITH PREJUDICE**
WHOLE FOODS MARKET GROUP, INC., :
WILLIAM RENNA and CIRO ALFIERI, :
:
                Defendants. :
------------------------------------- X

      IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs Ramon Espinosa and Maxin Santana ("Plaintiffs") and Defendants, Whole Foods Market Group, Inc. ("Whole Foods"), William Renna and Ciro Alfieri, (collectively "Defendants"), through their undersigned counsel who are authorized by their respective clients to execute this Stipulation and Order of Dismissal with Prejudice on their behalves, that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all claims in the above-captioned action be dismissed against Defendants, with prejudice, except that this Court retains jurisdiction to interpret and enforce the terms of the Settlement Agreement, entered into by the parties on November 21, 2012. Further, Plaintiffs are barred from bringing another claim against Defendants under the Fair Labor Standards Act, New York Labor

Law, or any other state or local law for wages, including overtime pay, for the period set forth in the Complaint. Each party is to bear its own fees and costs.

Dated: New York, New York
November 21, 2012

ROBERT WISNIEWSKI
Counsel for the Plaintiff
Robert Wisniewski P.C.
225 Broadway, Suite 1020
New York, NY 10007
tel. (212) 267-2101

JEREMY M. BROWN (JB-7652)
Counsel for Defendants
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
tel. (212) 969-3000

So ordered: _____ 12/19/12
Hon. Debra Freeman
UNITED STATES MAGISTRATE JUDGE